IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02929-MEH

DEBRA PETERSON,

    Plaintiff,

v.

NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation,

    Defendant.

## ORDER RE: NOTICE OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [docket #25]. The Court finds the stipulation and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case and the Status Conference currently set for February 11, 2015 is vacated.

    Dated and entered at Denver, Colorado this 10th day of February, 2015.

                                    BY THE COURT:

                                    Michael E. Hegarty
                                    United States Magistrate Judge